U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

DEC 0 8 2015

TONY R. MOORE, CLERK
BY _____ MB _____
        DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| WILLIAM J. BURLEIGH, IV, ET AL. | CIVIL ACTION NO. 1:15-CV-0666 |
| -vs- | JUDGE DRELL |
| KENNETH JAMES, ET AL. | MAGISTRATE JUDGE KIRK |

## JUDGMENT

For the reasons in the Report and Recommendation of the Magistrate Judge and for the reasons stated in our ruling also issued this day,

IT IS ORDERED, ADJUDGED and DECREED that Plaintiff's motion to remand (Doc. 9) and the motion to dismiss filed by the United States (Doc. 30) are hereby **GRANTED**. This case is **REMANDED** to the Ninth Judicial District Court in Rapides Parish, Louisiana, and the United States is **DISMISSED WITH PREJUDICE**.

SIGNED on this 8th day of December, 2015 at Alexandria, Louisiana.

DEE D. DRELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT